IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

## ORIGINAL

LEHMAN BROTHERS BANK, FSB

      Plaintiff(s)             *

vs.                                  Case No.: MJG 02-CV-0731

LANDAMERICA ONESTOP and
LANDAMERICA FINANCIAL GROUP, INC.    *

      Defendant(s)

___ FEE PAID
___ FEE NOT PAID (SEND LETTER)

### MOTION FOR ADMISSION PRO HAC VICE

I, __Karen A. Doner__, am a member in good standing of the bar of this Court. My bar number is __15065__. I am moving the admission of __Patrick R. Hanes__ to appear *pro hac vice* in this case as counsel for __LandAmerica Onestop and LandAmerica Financial Group, Inc.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Virginia | 1995 |
| U.S. District Court, E.D.Va. | 1995 |
| U.S. District Court, W.D. Va. | 1995 |
| U.S. Bankruptcy Court, E.D. Va. | 1995 |
| U.S. Court of Appeals for the Fourth Circuit | 1995 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

Prid _270909_  
Plid _11370U_

MOVANT

_____  
Signature

Karen A. Doner  
Printed Name

Williams Mullen  
Firm

1666 K Street, N.W.  
Address  Suite 1200  
Washington, D.C. 20006

(202) 293-8136  
Telephone Number

(202) 293-5939  
Fax Number

Prid _18235/_  
Plid _8344S_

PROPOSED ADMITTEE

_____  
Signature

Patrick R. Hanes  
Printed Name

Williams Mullen  
Firm

Two James Center, 1021 East Cary Street  
Address  Richmond, Virginia 23219

(804) 783-6426 55  
Telephone Number

(804) 783-6507  
Fax Number

**************************************************************

## ORDER

☒ GRANTED     ☐ DENIED

_M/y 19, 2002_  
Date

_____  
United States District Judge