**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEHMAN BROTHERS BANK, FSB                    *

        **Plaintiff(s)**                                    *

                                      Case No.: MJG 02-CV-0731

            vs.                                  *

LANDAMERICA ONESTOP and
LANDAMERICA FINANCIAL GROUP, INC.    *

        **Defendant(s)**

                           ******

✓ FEE PAID #274669

___ FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Karen A. Doner, am a member in good standing of the bar of this Court. My bar number is 15065. I am moving the admission of Donald J. Richardson to appear *pro hac vice* in this case as counsel for LandAmerica Onestop and LandAmerica Financial Group, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Virginia | 1997 |
| U.S. District Court, E.D. Virginia | 1997 |
| U.S. Bankruptcy Court, E.D. Virginia | 1998 |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,   Prid _229600_            Prid _286978_
                          Plid _113702_            Plid _53448_

MOVANT                                              PROPOSED ADMITTEE

_[signature]_                                       _[signature]_
Signature                                           Signature

Karen A. Doner                                      Donald J. Richardson
Printed Name                                        Printed Name

Williams Mullen                                     Williams Mullen
Firm                                                Firm

1666 K Street, N.W.                                 Two James Center, 1021 East Cary Street
Address  Suite 1200                                 Address  Richmond, Virginia  23219
         Washington, D.C.  20006
(202) 293-8136                                      (804) 783-6494
Telephone Number                                    Telephone Number

(202) 293-5939                                      (804) 783-6507
Fax Number                                          Fax Number

*************************************************************************

## ORDER

☒ GRANTED                    ☐ DENIED   _[signature]_

_May 14, 2002_
Date                                                United States District Judge

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                         Page 2 of 2