UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB AT BALTIMORE <br><br> Plaintiff, <br><br> vs. <br><br> LANDAMERICA ONESTOP and LANDAMERICA FINANCIAL GROUP, INC.; <br><br> Defendants. | Civil Action No.: MJG 02 CV 731 <br><br> MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS |

Plaintiff, Lehman Brothers Bank, FSB ("Lehman") files this Motion for a two-week extension of time to respond to the Partial Motion to Dismiss filed by the Defendants LandAmerica OneStop and LandAmerica Financial Group, Inc. (collectively, "LandAmerica"). LandAmerica has consented to this request. Accordingly, Lehman respectfully requests this Court grant its Motion, thereby requiring Lehman to file its response to LandAmerica's Partial Motion to Dismiss on or before June 7, 2002.

Respectfully submitted,

Edward M. Buxbaum (05015)
Steven E. Tiller (11085)
WHITEFORD TAYLOR & PRESTON LLP
7 Saint Paul Street – Suite 1400
Baltimore, Maryland 21202-1626
410.347.8700

Of Counsel:
LOWENSTEIN SANDLER PC
Steven M. Hecht, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068-1791
973.597.2500
*Attorneys for Plaintiff,*
*Lehman Brothers Bank, FSB*

Dated: May 23, 2002

10387/74
05/23/2002 1102578.07



SO ORDERED:

_____
Judge Marvin J. Garbis,
United States District Court
   for the District of Maryland

DATED: 5/28/02

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 23rd day of May, a copy of Plaintiff's Motion for Extension to Respond to Defendants' Partial Motion to Dismiss was sent by regular mail, postage prepaid, to:

>Karen A. Doner, Esquire
>Williams Mullen
>1666 K Street, N.W. - Suite 1200
>Washington, D.C. 20006

*Attorneys for Defendants*

_____
Steven E. Tiller

*1426410*

-2-

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

STEVEN E. TILLER
DIRECT NUMBER
410 347-9425
stiller@wtplaw.com

# WHITEFORD, TAYLOR & PRESTON
## L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

410 347-8700
FAX 410 347-9420
www.wtplaw.com

*FILED*
*U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*

*2002 MAY 23  P 4: 42*

*CLERK'S OFFICE*
*AT BALTIMORE*

*BY_____DEPUTY*

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

May 23, 2002

**_VIA HAND DELIVERY_**
Clerk of Court
United States District Court for
  the District of Maryland (Northern Division)
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   ***Lehman Brothers Bank, FSB v. LandAmerica OneStop, et al.***

Dear Clerk:

Enclosed for filing please find an original and one copy of Plaintiff's Motion for Extension to Respond to Defendants' Partial Motion to Dismiss in the above-referenced matter. Also enclosed is one additional copy of the Motion to be date-stamped and returned to the messenger.

Thank you for your attention to this matter. Please contact me if you have any questions.

Very truly yours,

Steven E. Tiller

SET:pw
Enclosures

cc:   Steven M. Hecht, Esquire *(w/enclosure)*

*1411160*