FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 17  P 4: 09

                                    DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB AT BALTIMORE    Plaintiff, vs. | Civil Action No: MJG 02-CV-0731 |
| LANDAMERICA ONESTOP and LANDAMERICA FINANCIAL GROUP, INC.; Defendants. | ORDER |

Having considered the Joint Motion to Modify Scheduling Order, it is on this 16th day of July, 2002, **ORDERED**:

That the Joint Motion to Modify Scheduling Order is **GRANTED**; and

That the Scheduling Order be amended as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: experts | September 12, 2002 |
| Defendant's Rule 26(a)(2) disclosures re: experts | October 14, 2002 |
| Discovery deadline: Submission of status report | November 25, 2002 |
| Requests for admission | December 2, 2002 |
| Dispositive pretrial motions deadline | December 23, 2002 |

_____
MARVIN J. GARBIS, Judge
United States District Court for the District of Maryland (Northern Division)

-3-