UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LANDAMERICA ONESTOP and<br>LANDAMERICA FINANCIAL GROUP, INC.;<br><br>　　　　Defendants. | Civil Action No: MJG 02-CV-0731<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that this action shall be and hereby is dismissed with prejudice and without costs and attorneys fees.

Respectfully submitted,

_____
Edward M. Buxbaum (Bar No. 5015)
Steven E. Tiller (Bar No. 11085)
**WHITEFORD TAYLOR & PRESTON LLP**
7 Saint Paul Street
Baltimore, Maryland 21202-1626
410.347.8700

OF COUNSEL:
**LOWENSTEIN SANDLER PC**
Steven M. Hecht, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068-1791

*Attorneys for Plaintiff
Lehman Brothers Bank, FSB*

Dated: August 12, 2002

_____
Karen A. Doner (Bar No. 15065)
**WILLIAMS MULLEN**
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
703.760.5238

*Attorneys for Defendants
LandAmerica Financial Group, Inc., and
LandAmerica OneStop, Inc.*

Dated: August 5th, 2002

_____ this 22 day of ____, 2002

_____
Marvin J. Garbis
United States District Judge

10387/74
08/01/2002 1243967.01